UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNABE MORA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY BRENNAN, M.D., et al.,<br><br>　　　　　Defendants. | Case No.: C 10-1147 PVT<br><br>**ORDER CONTINUING HEARING TO MAY 18, 2010, AND SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On March 22, 2010, Defendant filed a Motion to Dismiss. Pursuant to Civil Local Rule 73-1(a)(2),[1] no later than five court days after that motion was filed each party was required to file either a written consent to the jurisdiction of the Magistrate Judge, or request reassignment to a District Judge.[2] Plaintiff has not yet done so. Therefore, based on the file herein,

IT IS HEREBY ORDERED that the deadline for Plaintiff to file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment," is extended to May 4, 2010. Both forms are

---

[1] A copy of the court's Civil Local Rules are available from the clerk of the court, or from the "Rules" section of the court's website (www.cand.uscourts.gov).

[2] Magistrate Judges have authority to hear dispositive motions, such as the motion to dismiss, only in cases where all parties have consented to Magistrate Judge jurisdiction. *See* 28 U.S.C. § 636(c)(1).

ORDER, *page 1*

1 available from the clerk of the court, or from the "Forms" section of the court's website
2 (www.cand.uscourts.gov).
3     IT IS FURTHER ORDERED that the hearing on Defendant's Motion to Dismiss is
4 CONTINUED to May 18, 2010, at 10:00 a.m. in Courtroom 5 of this court.
5 Dated:  *4/23/10*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*

1
2  ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
3
4  <u>copies mailed on</u>   *4/23/10*   <u>to:</u>
5  Bernabe Mora
   247 Shasta Street
6  Watsonville, CA  95016
7
                                        <u>  /s/   Donna Kirchner              for  </u>
8                                       MARTHA BROWN
                                        Courtroom Deputy
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28