UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNABE MORA,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY BRENNAN, M.D., et al.,<br><br>    Defendants. | Case No.: C 10-1147 PVT<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE AND VACATING MAY 18, 2010 HEARING** |

On March 22, 2010, Defendant filed a Motion to Dismiss. On April 23, 2010, this court issued an order setting a deadline of May 4, 2010 for Plaintiff to file either a written consent to the jurisdiction of the Magistrate Judge, or request reassignment to a District Judge. Plaintiff failed to do so. Therefore, based on the file herein,

IT IS HEREBY ORDERED that this action be reassigned to a District Judge. Absent consent of all parties, a Magistrate Judge cannot rule on a motion to dismiss, such as the one currently pending before the court. *See* 28 U.S.C. § 636(c)(1).

IT IS FURTHER ORDERED that the May 18, 2010 hearing on Defendants' motion to dismiss is VACATED. After the case is reassigned to a District Judge, Defendants shall re-notice the motion for hearing on that judge's law and motion calendar.

Dated:   *5/6/10*

                                      PATRICIA V. TRUMBULL
                                      United States Magistrate Judge

ORDER, *page 1*

*Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

copies mailed on   *5/10/10*   to:

Bernabe Mora
247 Shasta Street
Watsonville, CA  95016

　　　　　　　　　　　　　　　　　　*/s/ Donna Kirchner            for*
　　　　　　　　　　　　　　　　　　MARTHA BROWN
　　　　　　　　　　　　　　　　　　Courtroom Deputy