IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bernabe Mora, | NO. C 10-01147 JW |
| Plaintiff, v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| Timothy Brennan, M.D., et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on June 28, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties have duly submitted their Case Management Statements.[1] (See Docket Item Nos. 20, 21.)

Defendants have filed a Motion to Dismiss currently set for hearing on October 18, 2010. (See Docket Item Nos. 5, 15.) In light of Defendants' pending dispositive Motion, the Court finds that a Case Management Conference would be premature at this time. Accordingly, the Court VACATES the June 28 Case Management Conference. The Court will set a new Case Management Conference in its order addressing Defendants' Motion, if necessary.

Dated: June 24, 2010

JAMES WARE
United States District Judge

---

[1] The Court notes that Plaintiff's Statement was filed on June 23, 2010 which is untimely pursuant to the Court's May 19, 2010 Order. (See Docket Item No. 17.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James A. Scharf james.scharf@usdoj.gov

Bernabe Mora
247 Shasta Street
Watsonville, CA 95016

**Dated: June 24, 2010**              **Richard W. Wieking, Clerk**

                                             **By:     /s/ JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California